GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant KIA AMERICA, INC. formerly known as KIA MOTORS AMERICA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANNA M. RICHARDSON<br><br>Plaintiff,<br>vs.<br><br>KIA MOTORS AMERICA, INC.;<br>DOES 1 through 100, inclusive<br><br>Defendants. | Case No: 8:22−cv−02150-FWS-DFM<br>Dist. Judge: Fred W. Slaughter<br>Mag. Judge: Douglas F McCormick<br>Courtroom: 10D<br><br>**ORDER RE: STIPULATION AND PROTECTIVE ORDER – CONFIDENTIAL DESIGNATION ONLY** |

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated:  May 19, 2023

_____
THE HONORABLE: Douglas F McCormick
United States Magistrate Judge