Robert B. Mobasseri (SBN 193193)
David Alan Cooper (SBN 190203)
**LAW OFFICES OF ROBERT B. MOBASSERI, P.C.**
15760 Ventura Boulevard., Suite 850
Encino, CA 91436
Tel: (213) 282-2000 | Fax: (213) 282-3000
E-Service: EService@MobasseriLaw.com

Attorneys for Plaintiff
CHRISTIANNA M. RICHARDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANNA M. RICHARDSON | Case No.: 8:22-cv-02150-FWS-DFM |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| KIA MOTORS AMERICA, INC.; DOES 1 through 100, Inclusive, | |
| Defendants | |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the parties have reached a settlement that disposes of the entire matter.

Dated: November 1, 2023         LAW OFFICES OF ROBERT B. MOBASSERI

                              By: /s/
                                 Robert Mobasseri
                                 Attorneys for Plaintiff

1
NOTICE OF SETTLEMENT

Dated: November 1, 2023    GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP

By: /s/
Matthew M. Proudfoot, Attorneys for Defendants Kia America, Inc., formerly known as Kia Motors America, Inc.