UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 22-02150-FWS (DFMx) | Date | November 1, 2023 |
|---|---|---|---|
| Title | Christianna M. Richardson v. Kia Motors America, Inc. et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

    The court, having been advised by a Notice of Settlement [40] that this action settled, hereby orders this action dismissed without prejudice.   The court hereby orders all proceedings in the case vacated and taken off calendar.

    The court retains jurisdiction for **sixty (60) days** to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.   This order shall not prejudice any party in this action.

                                                                                                   -   :   -

Initials of Deputy Clerk    mku

cc: