GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265
Electronic Service: eservice@g3pmlaw.com
Attorney: Matthew M. Proudfoot, SBN: 155988

Attorney for Defendant KIA AMERICA, INC. formerly known as KIA MOTORS AMERICA, INC.

LAW OFFICE OF ROBERT B. MOBASSERI, P.C.
1055 West 7th St., Suite 2140
Los Angeles, CA 90017
Tel: (213) 282-2000
Fax: (213) 282-3000
E-Service: EService@MobasseriLaw.com
Attorney: Robert Mobasseri, Esq., SBN: 193193

Attorneys for Plaintiff, CHRISTIANNA M. RICHARDSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIANNA M. RICHARDSON<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KIA MOTORS AMERICA, INC.;<br>DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | Case No: 8:22−cv−02150-FWS-DFM<br>Dist. Judge: Fred W. Slaughter<br>Mag. Judge: Douglas F McCormick<br>Courtroom: 10D<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, Christianna M. Richardson, and Defendant, KIA AMERICA, INC. formerly known as KIA MOTORS AMERICA, INC., by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

　　　1.　　WHEREAS the parties agree that the matters in dispute between Plaintiff and Defendant have been resolved.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement.

Dated: January 4, 2024        **LAW OFFICE OF ROBERT B. MOBASSERI**

By: */s/ Robert B. Mobasseri*
Robert B. Mobasseri
Attorneys for Plaintiff, CHRISTIANNA M. RICHARDSON

Dated: January 4, 2024        **GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**

By: */s/ Matthew M. Proudfoot*
Matthew M. Proudfoot
Attorneys for Defendant, KIA AMERICA, INC. formerly known as KIA MOTORS AMERICA, INC

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Matthew M. Proudfoot, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By:*/s/ Matthew M. Proudfoot*
Matthew M. Proudfoot

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

*/s/Heidi Dufour*
Heidi Dufour